UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WILLIAM PURDY, *et al.*,

                              Plaintiffs,                **ORDER**

      -against-                              21 Civ. 5715 (PMH)(JCM)

MOLNLYCKE HEALTH CARE US, LLC,

                              Defendant.
-------------------------------------------------------------X

        On March 24, 2022, the parties in the above-captioned case notified the Court, via e-mail, that they have settled this matter. Accordingly, the referral to the undersigned is closed.

Dated: March 28, 2022
       White Plains, New York

                                                **SO ORDERED:**

                                                _____
                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge